IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 26-cv-01489-TPO Date: November 9, 2026
Courtroom Deputy: Jesse Torres FTR – Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| VIVIANA LUZ AGUEDO HUAMANCHUMO,<br><br>Petitioner,<br><br>v. | Ciara Faber |
| GEORGE VALDEZ,<br>MARKWAYNE MULLIN,<br>TODD BLANCHE,<br>JUAN BALTAZAR, and<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Respondents. | Elizabeth Puskar |

## COURTROOM MINUTES

### MOTION HEARING

**Court in session: 10:12 a.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding Petitioner's Motion to Enforce Writ of Habeas Corpus [ECF 15], Motion for Summary Judgment [ECF 21], Motion for Leave to Supplement Petition [ECF 24], and Motions to Expedite Consideration [ECFs 25 & 27].

Preliminary remarks by the Court.

The Court first addresses Petitioner's Motion to Enforce Writ of Habeas Corpus [ECF 15]. Arguments by counsel. The Court states its legal findings and conclusions.

Discussion is held regarding Petitioner's Motion for Summary Judgment [ECF 21]. The Court and the Parties agree that ECF 21 was rendered moot in light of the filing of Petitioner's Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [ECF 22].

The Court addresses Petitioner's Motion for Leave to Supplement Petition [ECF 24]. Counsel for Respondents does not oppose ECF 24. The Court provides ruling without any further arguments.

The Court addresses Petitioner's Motion to Expedite Consideration [ECF 25] and provides its ruling without any further arguments.

The Court addresses Petitioner's second Motion to Expedite Consideration [ECF 27] and Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [ECF 22]. The Court notes that ECF 27 seeks a preliminary injunction, not simply expedited consideration by the Court. The Court notes that Petitioner has alleged a warrantless arrest occurred, *e.g.*, ECF 2 ¶ 3, yet there is information in the record to suggest otherwise, *e.g.*, *id*. at 25. The Court also discusses the length of Petitioner's detention and whether ongoing detention of Petitioner under § 1226 is consistent with due process. *See Mathews v. Eldridge*, 424 U.S. 319 (1976); *Demore v. Kim*, 538 U.S. 510 (2003). The Court reserves ruling on ECFs 22 & 27 and will address these issues after further briefing during the Motion Hearing set for December 11, 2026, as ordered below.

For the reasons stated on the record, it is:

**ORDERED:** Petitioner's Motion to Enforce Writ of Habeas Corpus [ECF 15] is **DENIED.**

Petitioner's Motion for Summary Judgment [ECF 21] is **DENIED as moot.**

For good cause shown and noting that it is unopposed, Petitioner's Motion for Leave to Supplement Petition [ECF 24] is **GRANTED.** The Court will consider the Supplement and Exhibits attached at pages 7 – 37 of Petitioner's Motion [ECF 24] as part of Petitioner's Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [ECF 22].

Petitioner's Motion to Expedite Consideration [ECF 25] is **GRANTED in part and DENIED in part.** The Motion [ECF 25] is **granted** as it relates to the request to hold expedited proceedings. The Motion [ECF 25] is **denied** as to all further relief sought.

On or before **November 30, 2026,** Respondents shall respond to Petitioner's Amended Petition for Writ of Habeas Corpus [ECF 22] and Motion to Expedite Consideration [ECF 27], either in a consolidated filing or separately, addressing the specific factors raised by the Court during today's proceedings. Petitioner shall reply on or before **December 7, 2026.** The Court will address these issues during the Motion Hearing set for **December 11, 2026**, as further ordered below.

A further Motion Hearing on Petitioner's Amended Petition for Writ of Habeas Corpus [ECF 22] and second Motion to Expedite Consideration [ECF 27] is set for **December 11, 2026, at 8:30 a.m.** before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado. This will be an **in-person** proceeding. On or before **December 9, 2026,** the Parties shall provide the Court with any update regarding substantive developments that may impact the issues to be raised during the Motion Hearing on December 11.

HEARING CONCLUDED.

**Court in recess: 11:22 a.m.**
Total time in court: 01:10

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*